UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TONY PHOUTTHACHACK, | Case No. CV 08-8340-GHK (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated:   8/16/12

_____
George H. King
United States District Judge